Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  17−32769−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Phillip Powell
   25 Girard ave
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−6035

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/26/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 27, 2018
JAN: zlh

        Jeanne Naughton
        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-32769-JKS
Phillip Powell                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2             Date Rcvd: Mar 27, 2018
                              Form ID: 148             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2018.
```
db          +Phillip Powell,    25 Girard ave,    East Orange, NJ 07017-1809
cr          +DEUTSCHE BANK NATIONAL TRUST COMPANY,    Robertson Anschutz & Schneid, P.L.,
             6409 Congress Ave., Suite 100,    Boca Raton,, FL  33487,    UNITED STATES 33487-2853
cr          +HSBC Bank USA, National Association, et al.,    c/o Stern & Eisenberg,
             1581 Main Street, Suite 200,    Warrington, PA 18976-3400
r           +Ingrid Jean-Giles,    Elite Realtors,    160 South Livingston Avenue,    Suite 209,
             Livingston, NJ 07039-3071
517170159   +Citibank/Goodyear,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
             S Louis, MO 63179-0040
517301451   +HSBC Bank USA, National Association,    CO Nationstar MTG LLC d/b/a Mr. Cooper,
             ATTN: Bankruptcy Dept.,    PO Box 619096,    Dallas TX 75261-9096
517170160   +Nationsstar Mortgage,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517394903    Ocwen Loan Servicing, LLC,    ATTN: Bankruptcy Department,    P.O. Box 24605,
             West Palm Beach, FL 33416-4605
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2018 23:24:53      U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2018 23:24:52      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
517170158   +EDI: BANKAMER.COM Mar 28 2018 02:58:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
             Greensboro, NC 27420-6012
517170161   +Fax: 407-737-5634 Mar 28 2018 01:46:47      Ocwen Loan Servicing, Llc,
             Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,    West Palm Bch, FL 33409-6493
517214486   +EDI: DRIV.COM Mar 28 2018 03:03:00      SANTANDER CONSUMER USA, INC.,    P.O. BOX 560284,
             DALLAS, TX 75356-0284
517170163   +E-mail/Text: bankruptcy@senexco.com Mar 27 2018 23:24:23      Senex Services Corp,
             3333 Founders Rd,    2nd Floor,    Indianaoplis, IN 46268
517170162   +EDI: DRIV.COM Mar 28 2018 03:03:00      Santander Consumer USA,    Po Box 961245,
             Ft Worth, TX 76161-0244
                                                                                              TOTAL: 7
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2018 at the address(es) listed below:
```
              David Jerome Witherspoon    on behalf of Debtor Phillip  Powell daveslaw321@gmail.com,
               prissycatina@yahoo.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Ellington Loan Acquisition Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY
               kevinbuttery@gmail.com
              Laura M. Egerman    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Ellington Loan Acquisition Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2
               bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Ellington Loan Acquisition Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2
               rsolarz@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Mar 27, 2018
                              Form ID: 148             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Steven P. Kelly    on behalf of Creditor    HSBC Bank USA, National Association, et al.
          skelly@sterneisenberg.com, bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                 TOTAL: 8